Ryan Lee (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025
rlee@consumerlawcenter.com
T: (323) 988-2400; F: (866) 802-0021
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ROBERT A. STEPHENS, | **Case No.: CV10-9475** |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| NCO FINANCIAL SYSTEMS, INC. | |
| Defendant. | |

NOW COMES the Plaintiff, ROBERT A. STEPHENS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: March 30, 2011          KROHN & MOSS, LTD.


By: /s/ Ryan Lee_____
        Ryan Lee
        Attorney for Plaintiff

- 1 -

1

2

## CERTIFICATE OF SERVICE

3       I hereby certify that on March 30, 2011, I electronically filed the foregoing Notice of

4 Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on

5 March 30, 2011, I served all counsel of record with a copy of this document by way of the

6 CM/ECF system.

7

8

9                       By:     /s/ Ryan Lee

10                              Ryan Lee

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 2 -