Ryan Lee (SBN: 235879)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-620-2956
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
ROBERT A. STEPHENS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ROBERT A.STEPHENS, | ) | Case No.:CV10-9475 |
| | ) | |
| Plaintiff, | ) | **VOLUNTARY DISMISSAL** |
| | ) | |
| v. | ) | |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, ROBERT A. STEPHENS, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: April 12, 2011                                                  KROHN & MOSS, LTD.


                                                                        By: /s/ Ryan Lee
                                                                          Ryan Lee, Esq.
                                                                          Attorney for Plaintiff,
                                                                          ROBERT STEPHENS

- 1 -

VOLUNTARY DISMISSAL